**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FILED UNDER SEAL**

UNITED STATES OF AMERICA

v. Criminal No. 25-cr-13 (MJD/DTS)

ZACHARY DAWSON, JR.

---

UNITED STATES OF AMERICA

v. Criminal No. 25-cr-157 (MJD/DTS)

KIER SHAWN JOHNSON, JR.

---

UNITED STATES OF AMERICA

v. Criminal No. 25-cr-207 (JWB/DTS)

NOAH OMAR-JAHI ESKRIDGE

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court that the above-captioned cases may be related for the following reason:

■ Cases that arise out of the same investigation and have temporal proximity.

Dated: May 23, 2025

Respectfully submitted,

LISA D. KIRKPATRICK
Acting United States Attorney

*s/Mary S. Riverso*
BY: MARY S. RIVERSO
Assistant United States Attorney
Attorney ID No. 0400224