UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 25-cr-207 (MJD/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Noah Omar-Jahi Eskridge, | |
| Defendant. | |

---

This matter comes before the Court on Defendant Noah Omar-Jahi Eskridge's Motion for Extension of Time to File Pretrial Motions. Dk. No. 20. Eskridge also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act. Dkt. No. 21.

Pursuant to 18 U.S.C. § 3161(h), this Court finds the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendants in a speedy trial and such continuance is necessary to provide Eskridge and his attorney reasonable time necessary for effective preparation. Based on all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. Defendant's Motion for Extension of Time to File Pretrial Motions (Dkt. No. 20) is **GRANTED.**

2. All motions in this case shall be filed by **August 6, 2025**. Counsel are directed to read the Court's most recent Case Management Order (Dkt. No. 14) prior to filing any discovery motion.

3. Counsel must file a letter on or before **August 6, 2025** if no motions will be filed and there is no need for a motions hearing.

4. Responses to the motions must be filed by **August 20, 2025**.

5. Any Notice of Intent to Call Witnesses must be filed by **August 20, 2025**. D. Minn. LR 12.1(c)(3)(A).

6. Any Responsive Notice of Intent to Call Witnesses must be filed by **August 25, 2025**. D. Minn. LR 12.1(c)(3)(B).

7. The motions shall be heard before Magistrate Judge David T. Schultz on **August 27, 2025** at **9:00 a.m.**, in Courtroom 9W, U.S. Courthouse, 300 South Fourth Street, Minneapolis.

8. The period of time from **July 16, 2025 through August 6, 2025** shall be excluded from Speedy Trial Act computations for Defendants.

Dated: July 16, 2025                                      *s/David T. Schultz*
                                                          DAVID T. SCHULTZ
                                                          U.S. Magistrate Judge