UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NOAH OMAR-JAHI ESKRIDGE,

    Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Criminal File No. 25-207 (MJD/DTS)

Mary S. Riverso, Assistant United States Attorney, Counsel for Plaintiff.

Steven J. Wright, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated November 21, 2025.  Defendant filed objections to the Report and Recommendation.  Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Schultz dated November 21, 2025.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated November 21, 2025.  **[Doc. 40.]**

2. Defendant's Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment **[Doc. 23]** is **DENIED**;

3. Defendant's Motion to Suppress Statements **[Doc. 24]** is **DENIED**; and

4. Defendant's Amended Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment **[Doc. 30]** is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 5, 2026                    s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court